GEORGE S. THOMPSON, APPELLANT, v. JAMES C. FARGO, TREASURER, ETC., RESPONDENT.

APPEAL from a judgment in favor of the defendant, entered upon the report of. a referee.

This action has already been once tried, the decision of the General Term being reported in 58 Barbour, 575, and that of the Court of Appeals, reversing the judgment entered in the court below and ordering a new trial, in 49 New York, 188, and 44 Howard, 176.

On the second trial, the plaintiff attempted to show that the Whites, for whom he collected the money from the United States paymaster, and to whom the package, delivered to the defendant, was addressed, were fictitious persons.   The referee found, however,

that they were real, living individuals, and the General Term held that the evidence was sufficient to justify him in so doing.

*E. Van Ness*, for the appellant.

*Hamilton Cole*, for the respondent.

Opinion by DANIELS, J.

DAVIS, P. J., and LAWRENCE, J., concurred.

Judgment affirmed.